FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-22-00859-CV

**IN THE INTEREST OF L.R.L.**, a Child

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 21-04-00043-CVL
Honorable Melissa Uram-Degerolami, Judge Presiding

# O R D E R

   This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due on January 26, 2023. On January 25, 2023, appellant filed a motion requesting a twenty-day extension of time.

   After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by February 15, 2023**. **Appellant is advised that further extensions of time will be disfavored**.

   It is so **ORDERED** on January 26, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT